# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

GARY MOORE                                                                                                      PLAINTIFF

V.                                          NO. 3:06CV00114 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, Judgment is entered dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 24th day of September, 2007.

UNITED STATES MAGISTRATE JUDGE